USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONDEST LOUIS,

                            Plaintiff,

-against-

NEW YORK PRESBYTERIAN HOSPITAL,

                            Defendant.

23-CV-02044 (MMG)

**NOTICE OF REASSIGNMENT & ORDER**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the deadlines set in the prior civil case management plan and scheduling order on February 13, 2024. *See* Dkt. No. 30. Accordingly, fact discovery must be completed by **June 7, 2024**. The pretrial conference that was previously scheduled for July 2, 2024, is hereby rescheduled to **Wednesday, June 26, 2024, at 11:30 a.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

      Plaintiff and Defendant's counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Plaintiff and Defendant's counsel are directed to Section III of the Individual Rules regarding the Court's practices in *pro se* civil matters. In accordance with Rule III(F) of the Individual Rules, any motion for summary judgment is due by **July 8, 2024.**

      Additionally, no later than **June 14, 2024**, the parties are hereby ORDERED to file on ECF a joint letter (or if a joint letter is not practicable, Defendant's counsel must file a letter and Plaintiff may file his own letter if he chooses), not to exceed three pages, updating the Court with the following information:

1. A statement of all existing deadlines, due dates, and/or cut-off dates;

2. A brief description of the status of prior settlement discussions, without disclosing exact offers and demands;

3. A statement of whether the parties believe that (a) a settlement conference before a Magistrate Judge; and/or (b) participation in the District's Mediation Program would be appropriate; and

4. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

      If this case has been settled or otherwise terminated, the parties are not required to submit

such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket (or, if the Plaintiff is filing, otherwise filed with the Court in accordance with Rule III(C)(1) of the Individual Rules) prior to the deadline.

Plaintiff and Defendant's counsel are referred to Rule III(B)(5) regarding requests for adjournments or extension of time.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: February 29, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge