```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONDEST LOUIS,

                Plaintiff,

-against-

NEW YORK PRESBYTERIAN HOSPITAL,

                Defendant.

23-CV-02044 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Plaintiff's request for an extension in the letter at Dkt. No. 34 is GRANTED IN PART and DENIED IN PART. The deadline for fact discovery is extended to **August 2, 2024**. Additionally, the joint letter described in the Court's previous Order at Dkt. No. 31 that was previously due on June 14, 2024, shall now be due on **August 9, 2024.**

      The post-discovery conference that was previously scheduled for June 26, 2024, is now adjourned to **Thursday, August 22, 2024, at 11:30 a.m.** In accordance with Rule III(F) of the Court's Individual Rules & Practices, any motion for summary judgment is due by **September 9, 2024.**

Dated: May 30, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge