USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/26/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONDEST LOUIS,

                          Plaintiff,

            -against-

NEW YORK PRESBYTERIAN HOSPITAL,

                          Defendant.

23-CV-02044 (MMG)

**ORDER OF REFERRAL
FOR SETTLEMENT
AND LIMITED
APPOINTMENT OF PRO
BONO COUNSEL**

MARGARET M. GARNETT, United States District Judge:

On February 25, 2026, the Court issued an Order denying Defendant's motion for summary judgment. *See* Dkt. No. 58. Before proceeding with scheduling a trial in this case, the Court ORDERS the parties to participate in a settlement conference before Magistrate Judge Netburn.

The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff at the settlement conference. If counsel is located, such counsel will represent Plaintiff solely for purposes of the settlement negotiations and that representation will terminate at the conclusion of the settlement process. Once counsel has filed a Notice of Limited Appearance of Pro Bono Counsel, the parties should contact Judge Netburn to schedule a date for the settlement conference.

If the Clerk of Court is unable to locate counsel, Plaintiff must appear without counsel at the settlement conference. If no counsel has appeared by April 3, 2026, the parties must proceed to scheduling a settlement conference with Judge Netburn at which Plaintiff should be prepared to appear without counsel.

Within seven (7) days of the settlement conference, the parties shall file a joint letter updating the Court on the status of settlement negotiations.

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff.

Dated: February 26, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge